THE HERRING-CURTISS COMPANY, Appellant, v. GABRIEL H. PARKHURST, as Trustee in Bankruptcy, etc., Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.